## SHENBERGER *v.* WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 54, September Term, 1965.]

*Decided January 6, 1966.*

Before PRESCOTT, C. J., and HAMMOND, MARBURY, OPPEN-HEIMER and McWILLIAMS, JJ.

PER CURIAM.

For the reasons set forth in Judge Cardin's opinion below, as well as petitioner's failure to comply with Maryland Rule BK 46 b, the petition for leave to appeal must be denied.

*Application denied.*